ZAK v. SIMPSON. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Frank Zak against William Simpson. No opinion. Motion denied, with $10 costs. Order filed. See, also, 168 App. Div. 207, 153 N. Y. Supp. 1014.

ZEPIELA, Respondent, v. HOWARD, Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1915.) Action by Frank Zepiela against Thomas Howard. No opinion. Order modified, by striking out the condition at folio 9, and the provision that costs abide the event, and, as modified, affirmed, with $10 costs and disbursements.

ZIEGLER v. P. CASSIDY'S SONS et al. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) In the matter of the claim of Anna Ziegler for compensation for herself and children for the death of John Ziegler, under the Workmen's Compensation Law (Consol. Laws, c. 67), against P. Cassidy's Sons, employer, and the Employers' Liability Assurance Corporation, Limited. No opinion. Award unanimously affirmed.

ZINWILL CO. et al. v. AMERICAN PURCHASING ASS'N et al. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by the Zinwill Company and others against the American Purchasing Association and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

ZINWILL CO. et al. v. CITY REAL ESTATE IMPROVEMENT CORPORATION. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by the Zinwill Company and others against the City Real Estate Improvement Corporation. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

END OF CASES IN VOL. 155

*